# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1475

VERSUS

ANDRE CROON

**JANUARY 31, 2022**

---

In Re:   Andre Croon, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-17-0184.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court is proceeding toward disposition of relator's "Application for Writ of Habeas Corpus," as a motion hearing is set for February 3, 2022.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT